## FOWLER v. MILLIMAN.

*Justice's court — judgment in not reviewed upon ground not specified in notice of appeal.*

The review of a judgment rendered by a justice of the peace should be con. fined to the grounds particularly taken and specified in the notice of appeal. *Delong* v. *Brainard,* 1 N. Y. Sup. 1; *Nolan* v. *Page,* id. Addenda, 2. Accordingly where the county court reversed the judgment of a justice upon grounds not taken at the trial nor specified in the notice of appeal, *held,* error.

APPEAL by plaintiff from a judgment of the Wayne county court reversing a judgment of a justice of the peace in favor of plaintiff upon a question of law.

The action was brought by Jesse Fowler against William O. Milliman for wrongful injury to personal property of plaintiff.

*Jacob B. Decker,* for appellant.

*William Roe,* for respondent.

E. DARWIN SMITH, J.

The head-note states sufficiently the only question passed upon in the opinion. The judgment of the county court was reversed and that of the justice affirmed.

*Ordered accordingly.*